

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE | § | No. 08-25-00058-CV |
| | § | |
| LANCE DAVIS, | § | AN ORIGINAL PROCEEDING |
| | § | |
| Relator. | § | IN MANDAMUS |

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against this Court to instruct the honorable district judge of the United State District Court for the Western District of Texas (El Paso Division), in cause number EP24CV0105, and concludes that Relator's petition for writ of mandamus should be dismissed. We therefore dismiss the petition for writ of mandamus for want of jurisdiction, in accordance with the opinion of this Court.

IT IS SO ORDERED this 4th day of February 2025.


GINA M. PALAFOX, Justice


Before Salas Mendoza, C.J., Palafox, and Soto, JJ.